

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00643-CR

| | | |
|---|---|---|
| Donovan Darren Levoy Meadows | § | From the 89th District Court |
| | § | of Wichita County (51,786-C) |
| v. | § | April 30, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals. This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
    Justice Bonnie Sudderth